<pre>
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
 5
                    SOUTHERN DISTRICT OF CALIFORNIA
 6
 7   UNITED STATES OF AMERICA,        Case No.  25CR1000-WQH
 8                   Plaintiff,
                                      I N F O R M A T I O N
 9        v.
                                      Title 21, U.S.C., Secs. 952
10   ANGELA YESSENIA BANDA (1),       and 960 - Importation of
     KLOE ELIZABETH PRESTON (2) and , Methamphetamine (Felony);
11   JANNA ELIZABETH BURNS (3)        Title 18, U.S.C., Sec. 2 -
                                      Aiding and Abetting
12                   Defendants.
13
</pre>

The Acting United States Attorney charges:

On or about March 7, 2025, within the Southern District of California, defendants ANGELA YESSENIA BANDA, KLOE ELIZABETH PRESTON, and JANNA ELIZABETH BURNS did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 3/19/2025 .

ANDREW R. HADEN
Acting United States Attorney

*Parker A. Gardner-Erickson*

PARKER GARDNER-ERICKSON
Assistant U.S. Attorney

PAG:vr:3/19/2025